## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Angela Mariea Pfahler         BK NO. 24-03107 HWV
                Debtor(s)

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
05 Dec 2024, 16:06:44, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322