United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Angela Mariea Pfahler  
    Debtor

Case No. 24-03107-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 08, 2025     Form ID: ntnew341     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Mariea Pfahler, 3539 Liverpool Turnpike, Emigsville, PA 17318 |
| 5672666 | | MANCHESTER TOWNSHIP, 3200 FARMTRAIL RD, YORK, PA 17406-5699 |
| 5672656 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5673492 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, OK 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5672660 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 08 2025 19:00:36 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5672661 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 08 2025 19:00:42 | FST PREMIE, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5672662 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 08 2025 18:53:00 | GM FINANCIAL, 801 CHERRY STREET, STE. 3600, FORT WORTH, TX 76102-6855 |
| 5672657 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2025 18:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5672663 | ^ | MEBN | Jan 08 2025 18:45:50 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5672664 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 08 2025 18:53:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., MIAMI, FL 33146-1839 |
| 5672655 | + | Email/Text: rshearer@cgalaw.com | Jan 08 2025 18:53:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5672665 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 08 2025 18:53:00 | LOANCARE LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5672667 | + | Email/PDF: cbp@omf.com | Jan 08 2025 19:00:35 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5680216 | + | Email/PDF: cbp@omf.com | Jan 08 2025 19:00:42 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5672658 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2025 18:53:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5678322 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 08 2025 18:53:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5672659 | | Email/Text: kcm@yatb.com | | |

| | Jan 08 2025 18:53:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| --- | --- | --- |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5672654 | * | ANGELA MARIEA PFAHLER, 3539 LIVERPOOL TURNPIKE, EMIGSVILLE, PA 17318 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lawrence V. Young | on behalf of Debtor 1 Angela Mariea Pfahler lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Angela Mariea Pfahler, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 1:24−bk−03107−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 27, 2025<br><br>Time: 11:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 8, 2025 |

ntnew341 (09/23)