United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03107-HWV
Angela Mariea Pfahler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 21, 2025     Form ID: pdf010     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela Mariea Pfahler, 3539 Liverpool Turnpike, Emigsville, PA 17318 |
| 5672666 | | MANCHESTER TOWNSHIP, 3200 FARMTRAIL RD, YORK, PA 17406-5699 |
| 5672656 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5673492 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, OK 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5672660 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2025 19:25:56 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5672661 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2025 19:24:38 | FST PREMIE, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5672662 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 21 2025 19:16:00 | GM FINANCIAL, 801 CHERRY STREET, STE. 3600, FORT WORTH, TX 76102-6855 |
| 5672657 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2025 19:16:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5672663 | ^ | MEBN | Jan 21 2025 19:12:33 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5672664 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2025 19:16:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., MIAMI, FL 33146-1839 |
| 5672655 | + | Email/Text: rshearer@cgalaw.com | Jan 21 2025 19:16:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5672665 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 21 2025 19:16:00 | LOANCARE LLC, P.O. BOX 8068, VIRGINIA BEACH, VA 23450-8068 |
| 5672667 | + | Email/PDF: cbp@omf.com | Jan 21 2025 19:23:49 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5680216 | + | Email/PDF: cbp@omf.com | Jan 21 2025 19:37:30 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5672658 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2025 19:16:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5678322 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 21 2025 19:16:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 5672659 | | Email/Text: kcm@yatb.com | | |

Jan 21 2025 19:16:00    YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5672654 | * | ANGELA MARIEA PFAHLER, 3539 LIVERPOOL TURNPIKE, EMIGSVILLE, PA 17318 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lawrence V. Young | on behalf of Debtor 1 Angela Mariea Pfahler lyoung@cgalaw.com<br>rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Angela Mariea Pfahler

Debtor 1

Chapter: 13
Case No.: 1:24-bk-03107-HWV

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the above-captioned case is dismissed. The Trustee is discharged from further responsibility in this case. It is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 21, 2025

Case 1:24-bk-03107-HWV    Doc 15    Filed 01/23/25    Entered 01/24/25 00:35:00    Desc
Imaged Certificate of Notice    Page 3 of 3